**Order filed December 5, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00929-CV
_____

**LARRY RAY SWEARINGEN, Appellant**

**V.**

**JOYE M. CARTER, M.D., Appellee**

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-51728**

## ORDER

This appeal is from a judgment signed September 30, 2013. Appellant filed a notice of appeal on October 16, 2013. On November 1, 2013, appellant filed an affidavit of indigence in this court. *See* Tex. R. App. P. 20.1(h). On November 5, 2013, this court set a ten-day deadline for a contest to the affidavit of indigence. On November 7, 2013, the district clerk filed a contest to appellant's affidavit of indigence in the trial court. According to a record provided to this court, a hearing was scheduled November 18, 2013 on the contest.

As of today, the court has received no further correspondence from the district clerk or the trial court. Accordingly, we direct the trial court to make written findings as to whether appellant is entitled to proceed without payment of costs and submit those findings to this court in the form of a supplemental clerk's record.

The court reporter shall file a reporter's record from the hearing and any exhibits admitted at the hearing on the contest to appellant's claim of indigence. The record of the hearing and the trial court's written findings shall be filed with the clerk of this court on or before **30 days from the date of this order.**

PER CURIAM